# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 13-CV-60533

Plaintiff:
**VENCHIES SIMPSON,ETC.**

vs.

Defendant:
**TARPON BEND AT NEW RIVER CORP.**

For:
Gregg Shavitz
1515 So.Federal Hwy.#404
Boca Raton, FL  33432

Received by DUE PROCESS INTERNATIONAL,INC. on the 8th day of March, 2013 at 9:00 am to be served on **TARPON BEND AT NEW RIVER CORP., 3015 CENTER AVENUE, FORT LAUDERDALE, FL 33308**.

I, BRUCE L.WALTHER, do hereby affirm that on the **11th day of March, 2013** at **6:50 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE** with the date and hour of service endorsed thereon by me, to: **ROBERT D. REEDER** as **REG.AGENT** for **TARPON BEND AT NEW RIVER**, at the address of: **3015 CENTER AVENUE, FORT LAUDERDALE, FL 33308**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.Under penalties of perjury,I declare that i have read the foregoing affidavit and that the facts stated in it are true.Nortarization is not required pursuant to F.S.92.525(2)

**BRUCE L.WALTHER**
Process Server

DUE PROCESS INTERNATIONAL,INC.
P.O.Box 4529
Tequesta, FL 33469
(561) 575-3042

Our Job Serial Number: DPI-2013000571

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t

