UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60533-CIV-COHN/SELTZER

VENCHIES SIMPSON, on her own
behalf and others similarly situated,

    Plaintiff,

v.

TARPON BEND AT NEW RIVER CORP.,

    Defendant.

_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Entry of Final Default Judgment [DE 13] ("Motion"). The Court has carefully reviewed the Motion and the entire file of this case, including Plaintiff's Complaint [DE 1], the Return of Service upon Defendant [DE 7], the Clerk's entry of default against Defendant [DE 10], and the failure of Defendant to respond to Plaintiff's Motion by the deadline of June 10, 2013.

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court finds that Plaintiff has met her burden of showing that she is entitled to a final default judgment. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Motion for Entry of Final Default Judgment [DE 13] is hereby **GRANTED**;

2.     Judgment is hereby entered in favor of Plaintiff Venchies Simpson and against Defendant Tarpon Bend at New River Corp. In accordance with 29 U.S.C. § 216(b), Plaintiff shall recover from Defendant unpaid overtime wages of $6,500.00, liquidated damages of $6,500.00, and attorney's fees and costs of

    $2,654.00, for a total of $15,654.00, plus interest thereon at the rate of 0.14% per annum from the date of this Final Default Judgment, for which let execution issue; and

3.     The Clerk of Court shall **CLOSE** this case and **DENY AS MOOT** all other pending motions.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of June, 2013.

                                            /s/ James I. Cohn
                                            JAMES I. COHN
                                            United States District Judge

Copies to:

Counsel of record and
*pro se* parties via CM/ECF